George H. Brunt (CA BAR NO. 223457)
LEE & HAYES, PLLC
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 944-4657
Georgeb@leehayes.com
Rhettb@leehayes.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Three Lakes Design, a Utah limited liability company, | Case No. |
| Plaintiff, | **COMPLAINT FOR** |
| vs. | **(I) Copyright Infringement**<br>**(II) Lanham Act Unfair Competition**<br>**(III)False Advertising** |
| Gina Savala, individually, and her marital community, dba Candy Couture Shop, | **(IV)California Unfair Competition**<br>**(V) Permanent Injunction** |
| Defendant. | **DEMAND FOR JURY TRIAL** |

Plaintiff Three Lakes Design, LLC asserts the following claims against Defendant Gina Savala and her marital community as follows:

**<u>NATURE OF THE ACTION</u>**

1.      This is an action for copyright infringement, unfair competition, and false advertising, seeking damages and injunctive relief arising from Defendant's unauthorized use of Plaintiff's federally registered and applied-for copyrighted images. Plaintiff brings this action to preliminarily and permanently enjoin Defendant's infringement and unauthorized activities, and to recover damages to which it is entitled under United States Copyright Law and California state law.

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

## THE PARTIES

2.     Plaintiff Three Lakes Design, LLC ("Three Lakes"), is a limited liability company existing under the laws of the state of Utah, with its principal place of business at 4258 W. Lower Meadow Drive, Herriman, Utah 84096.

3.     Defendant Gina Savala is an individual residing in Sacramento, California, and is doing business as Candy Couture Shop ("Candy Couture"), with places of business at 6781 Arabella Way, Sacramento, California 95831 and 372 Florin Rd. #142, Sacramento, California 95831.

## JURISDICTION & VENUE

4.     The copyright claims arise under the copyright laws of the United States, specifically 17 U.S.C. §§ 101, et seq. Plaintiff also pleads federal unfair competition and false advertising pursuant to 15 U.S.C. § 1125(a). This Court has federal question subject matter jurisdiction in this matter pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1338(b) because this action arises under the laws of the United States, and Plaintiff pleads unfair competition complaints joined with substantial and related claims under an Act of Congress, all of which are related to copyrights.

5.     In addition, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as the Plaintiff is not a resident of the state of California and the amount in controversy exceeds $75,000.

6.     Venue is proper pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(b) because a substantial part of the events giving rise to the claims occurred in this judicial district, the Defendant is subject to personal jurisdiction as a resident of this judicial district, and the infringing activity occurred within this judicial district.

///

///

Complaint - 2

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

7.      Three Lakes was created in April 2016 after its founders, Sydney Matelski and April Hansen, were complimented on matching necklaces that they were wearing.

8.      The charm hanging on the necklace was a tiny silver plated puzzle piece that was made because both Sydney and April have children on the autism spectrum, and the puzzle piece symbol reflects the mystery and complexity of Autism Spectrum Disorder.

9.      From there, the two began designing and selling jewelry online and at local jewelry and art shows. They have added over 100 different styles and designs to their offerings and expanded into personalized and custom pieces that include bangles, bracelets, necklaces, earrings and more. From every sale made, Three Lakes donates $1 to Autism research, in honor of their children. In the short time Three Lakes has been a business, it has already donated a significant sum of money to support local Autism Chapters.

10.     Crucial to the success of Three Lakes' sales and business promotion, and its ability to continue to support Autism research, are the photographs that it takes of its products and posts online.  In Three Lakes' experience, unique photographs are one of the most effective marketing tools for connecting with social media users and other potential customers. These images serve as unique digital business cards that link to Three Lakes' online-only store.

11.     Each image begins with a jewelry design that is meticulously prepared and carefully arranged. When the frame is in just the right place, with the right lighting, several images are taken by either Sydney or April. The best photograph is chosen to represent the piece and then posted to advertise the item at Three Lakes' online store and social media.

12.     April is an important month for Three Lakes because it is both the founding of the company and National Autism Awareness Month. What should have been a month of success and growth was derailed on Easter Sunday, April 16, 2017, when Three Lakes first discovered that Defendant had posted one of the Three Lakes' photographs on Defendant's

Complaint - 3

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

Instagram feed, as if the image belonged to Defendant. The image was identical—it was clearly an exact reproduction of a Three Lakes photograph.

13. Additional research showed that Defendant had posted other Three Lakes' photographs, including staged photographs of April and Sydney wearing the jewelry they had designed and created. Not once did Defendant give attribution to Three Lakes. Instead, Defendant took credit for the photographs as if they were customized orders that came through Defendant's shop. In one instance, Defendant was brazen enough to copy verbatim Three Lakes' own advertising text. At no time did Defendant ever seek Three Lakes' permission to use the photographs or the ad copy.

14. Defendant has not only used Three Lakes' images on social media, Defendant shared them with other bloggers as if they belonged to her. Defendant even submitted one of Three Lakes' photographs for use in a contest hosted by the City of Sacramento for a "Best Women's Accessory of the Year" competition. Defendant won the competition using the unauthorized Three Lakes images.

15. Because of Defendant's systematic and shameless infringement, Three Lakes has essentially stopped publishing new photos of its designs, for fear that Defendant will misappropriate those as well. Three Lakes has held back on its social media posts and new product images, all the while Defendant has continued to scour through Three Lakes' previously posted photos in order to take credit for and profit from them.

16. Defendant's infringing use of Three Lakes' photographs has been very good for Defendant, as she now has over 100,000 followers across her various social media platforms, including celebrities such as the Kardashians, Snooki, and Kailyn Lowry. These celebrities see the Three Lakes photographs on Defendant's social media and believe that the images and jewelry designs are the original work of the Defendant.

Complaint - 4

17.     When an Internet search is conducted of Defendant's business, Candy Couture Shop, Three Lakes photographs are the primary images returned in the search results, which means that Defendant has likely used the Three Lakes' photographs in paid advertising campaigns.

18.     Defendant has been very systematic with her posts, trying hard to avoid detection by Three Lakes, even blocking Three Lakes from her Instagram so that Three Lakes cannot view Defendant's posts. Further evidence that Defendant knows that what she is doing is wrong comes from Defendant's own words:



If I could go back and change anything I would have started my IG myself. I hired someone to start my IG account for me and she did everything wrong!! She took pictures from people and didn't give them credit and it was a huge mess. So if I can give anyone advice it would be to approve all things before posting. Not just IG but on all Social Media outlets. – Gina, Candy Couture Shop.

19.     Plaintiff has had to expend a substantial amount of time and effort on a daily basis to monitor Defendant's social media accounts, videos, and posts to ensure that each instance of infringement is documented.

///

///

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

20.     In all, Defendant has taken and used more than 23 photos from Three Lakes that have been posted over 51 times throughout Defendant's social media. Each of these instances of theft and infringement have been documented, as seen in the below images:

| Three Lakes Image & Copyright Registration Information | Gina Savala (Candy Couture Shop) Image |
|---|---|
|  |  |
| • Photo originally taken on 10/24/2016<br>• Copyright Reg. No. VA-2-054-192 | • Photo reposted 1st time on www.candycoutureshop.com |
|  |  |
|  | • Photo reposted 2nd time on www.candycoutureshop.com |

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo reposted 1st time on Instagram @candycoutureshop on 4/18/2017

- Photo originally taken on 10/24/2016
- Copyright Reg. No. VA-2-054-192



- Photo reposted 2nd time on www.candycoutureshop.com

Complaint - 7

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979





- Photo originally taken on 11/01/2016
- Copyright Reg. No. VA-2-054-192

- Photo reposted on www.candycoutureshop.com

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo originally taken on 02/28/2017
- Copyright App. Pending

- Photo reposted on Facebook on 4/14/2017



- Photo reposted on www.candycoutureshop.com on 4/14/2017



- Photo reposted on Instagram @candycoutureshop on 4/14/2017

Complaint - 9

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo originally taken on 03/20/2017
- <u>Copyright App. Pending</u>

- Photo reposted on Instagram @candycoutureshop on 4/14/2017

- Photo reposted on <u>Facebook</u> on 4/14/2017

- Photo reposted on <u>www.candycoutureshop.com</u> on 4/14/2017

Complaint - 10

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979





- Photo posted on Instagram @candycoutureshop on 4/18/2017



- Photo posted on www.candycoutureshop.com

- Photo originally taken on 5/24/2016
- Copyright Reg. No. VA-2-058-045

Complaint - 11



- Photo posted on Instagram @candycoutureshop on 4/13/2017

- Photo originally taken on 5/24/2016
- Copyright Reg. No. VA-2-058-052



- Photo posted on Facebook on 4/13/2017

Complaint - 12



- Photo originally taken 5/28/2016
- Copyright Reg. No. VA-2-058-043

- Photo posted on Instagram 4/26/2017

- Photo posted on

www.candycoutureshop.com on 4/26/17

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

| | |
|---|---|
| after<br>on | <br><br>• Photo posted on Instagram 'story' function (disappears 24 hours) 4/26/17. |

Complaint - 14

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo originally taken 5/28/2016
- Copyright Reg. No. VA-2-058-056



- Photo posted to Facebook on 4/13/2017



- Photo posted to Instagram @candycoutureshop on 4/12/2017



- Photo provided to a blogger friend on 5/2/2017

Complaint - 15



- Photo posted on Instagram @candycoutureshop on 4/15/2017.
- Removed on 6/2/2017



- Photo posted on Facebook on 4/15/2017



- Photo originally taken 7/26/2016
- Copyright Reg. No. VA-2-058-067

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

- Photo posted on www.candycoutureshop.com on 4/15/2017.





- Photo originally taken 9/27/2016
- Copyright Reg. No. VA-2-058-059

- Photo posted on Instagram @candycoutureshop on 4/12/2017.



- Photo posted on www.candycoutureshop.com on 4/12/2017.



Complaint - 17

- Photo posted on Facebook on 4/12/2017





- Photo posted on www.candycoutureshop.com

- Photo originally taken 10/2/2016
- Copyright Reg. No. VA-2-058-069

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo originally taken 10/5/2016
- <u>Copyright Reg. No. VA-2-058-047</u>



- Photo posted on Instagram @candycoutureshop on 4/13/2017.



- Photo posted on Facebook on 4/13/2017



Photo posted on <u>www.candycoutureshop.com</u> on 4/13/2017.

Complaint - 19



- Photo originally taken 10/15/2016
- Copyright Reg. No. VA-2-058-048

- Photo posted on Instagram @candycoutureshop on 4/13/2017.



- Photo posted on Facebook on 4/13/2017



- Photo posted on www.candycoutureshop.com on 4/13/2017.

Complaint - 20



- Photo posted on Instagram @candycoutureshop on 4/13/2017.

- Photo originally taken 11/22/2016
- Copyright Reg. No. VA-2-058-051



- Photo posted on Facebook on 4/13/2017

Complaint - 21



- Photo originally taken 1/14/2017
- Copyright Reg. No. VA-2-058-054



- Photo posted to Facebook on 4/13/2017



- Photo posted to Instagram @candycoutureshop on 4/12/2017



- Photo provided to a blogger friend on 5/2/2017

Complaint - 22

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo originally taken 2/10/2017
- Copyright Reg. No. VA-2-058-061



- Photo posted on Instagram @candycoutureshop on 4/12/2017.



- Photo posted on www.candycoutureshop.com on 4/12/2017.



- Photo posted on Facebook on 4/12/2017

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo posted on www.candycoutureshop.com

- Photo originally taken 3/25/2017
- Copyright Reg. No. VA-2-058-068

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo originally taken 2/21/2017
- Copyright Reg. No. VA-2-058-042

- Photo posted first on Instagram on 5/11/2017



- Photo posted again on Instagram Story on 5/11/2017

Complaint - 25

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979





- Photo originally taken 9/26/2016
- <u>Copyright Reg. No. VA-2-058-046</u>

- Photo posted on Instagram Story on 5/11/2017

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979



- Photo posted on Best Women's Accessories City of Sacramento on 5/15/2017

- Photo originally taken 4/23/2017
- Copyright Reg. No. VA-2-058-070



- Photo posted on Facebook on 6/09/2017

Complaint - 27



- Photo originally taken 6/03/2017
- Copyright Reg. No. VA-2-058-197



- Photo posted on Instagram Story on 7/26/2017



- Photo originally taken 6/17/2017
- Copyright Reg. No. VA-2-058-198



- Photo posted on Instagram Story on 7/26/2017



- Photo posted on Instagram on 7/30/2017

Complaint - 28

21.     Each of the copyright registrations noted in the above chart are attached hereto as **Exhibit A**.

22.     As the above chart demonstrates, Defendant shamelessly copied numerous Three Lakes' images in their entirety, posted them on multiple online platforms, and falsely claimed to be the originator of the photos and jewelry designs. Such blatant infringement and false advertising has been detrimental to Three Lakes' business development and growth, and consumers have been deceived into believing that Three Lakes' images belong to and were created by Defendant.

## COUNT I
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 501

23.     Three Lakes incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

24.     Three Lakes' photographs are pictorial works and are copyrightable subject matter under 17 U.S.C. § 102.

25.     Certain of Three Lakes' copyrighted works are registered with the United States Copyright Office. All other Three Lakes' images being asserted in this proceeding are not yet registered, but are pending applications that were filed before the commencement of this action, and once registered, will be deemed to have been registered as of the filing date of the applications, pursuant to 17 U.S.C. § 410(d).

26.     Defendant has made and publicly displayed unauthorized reproductions and derivative works of Three Lakes' photographs on its website, in its advertising materials, and through its social media accounts. Each of these reproductions and derivative works is substantially similar to Three Lakes' copyrighted works.

///

///

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

27.     Defendant's conduct violates Three Lakes' exclusive right to control reproduction, distribution, creation of derivative works, and public display of its copyrighted works, in violation of 17 U.S.C. §§ 106–122.

28.     Defendant knew she was infringing Three Lakes' copyrights, or was reckless in her disregard of that possibility by systematically copying and using so many of Three Lakes' images over an extended period of time.

29.     Defendant's misappropriation of Three Lakes' copyrighted works is intentional and willful.

30.     Defendant's wrongful conduct, as set forth herein, has harmed, and will continue to harm, Three Lakes in an amount not yet ascertained.

31.     Defendant will continue to misuse and misappropriate Three Lakes' copyrighted material unless enjoined by this Court.

32.     Defendant's intentional and willful infringement merits an award of reasonable attorney's fees under 17 U.S.C. § 505.

33.     As a direct and proximate result of Defendant's deliberate and intentional infringement and misrepresentation, Defendant has unlawfully profited, and Three Lakes has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.

## COUNT II
## UNFAIR COMPETITION
## 15 U.S.C. § 1125(a)

34.     Three Lakes incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

35.     As set forth above, Defendant has, without Three Lakes' consent, used and continues to use Three Lakes' copyrighted photographs. Defendant's advertising is designed to imitate, copy, and unlawfully benefit from Three Lakes' intellectual property.

Complaint - 30

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

36. Defendant's aforementioned acts are likely to cause confusion, or to cause mistake, or to deceive the purchasing public as to the affiliation, connection, or association between Three Lakes and Defendant.

37. Defendant's acts are likely to cause confusion or to deceive as to the origin, sponsorship, or approval of the images and products coming from Defendant, resulting in an erroneous belief that Three Lakes sponsors, approves, certifies, or is otherwise affiliated or associated with Defendant, all in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

38. Defendant's acts were and are done with the purpose of unlawfully exploiting Three Lakes' photographs, without Three Lakes' consent, and to Three Lakes' detriment.

39. Defendant's conduct is likely to cause confusion, mistake, and deception, and constitutes unfair competition under the Lanham Act, 15 U.S.C. § 1125(a).

40. Defendant's use of Three Lakes' copyrighted images is done with knowledge and in willful disregard of Three Lakes' rights.

41. Defendant will continue to misuse Three Lakes' copyrighted images unless enjoined by this Court.

42. Defendant's wrongful conduct, as set forth herein, has harmed, and will continue to harm, Three Lakes in an amount not yet ascertained.

43. As a direct and proximate result of Defendant's deliberate, intentional, and unauthorized use of Three Lakes' copyrighted images, Defendant has unlawfully profited and Three Lakes has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.

///

///

///

Complaint - 31

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

## COUNT III
## FALSE ADVERTISING
## 15 U.S.C. § 1125(a)(1)(B)

44.     Three Lakes realleges and incorporates by reference, as is fully set forth herein, the allegations in all the preceding paragraphs.

45.     Three Lakes and Defendant are direct competitors in the online jewelry marketplace.

46.     While using Three Lakes' copyrighted images, Defendant has continually claimed that the images, and the jewelry designs featured therein, were the Defendant's own creation. Defendant used this language to intentionally mislead the public and potential consumers into believing that Defendant created the designs and authored the photographs.

47.     From the comments available on Defendant's various social media accounts, the public was successfully misled, and was in fact duped by Defendant's false claims of creation and origination.

48.     Defendant acted intentionally and willfully in using Three Lakes' copyrighted images. At all relevant times, Defendant knew that the photographs that it used in its advertising and promotion were the property of Three Lakes, and that Defendant was not the creator of the photographs, or the jewelry designs featured in those photographs. Defendant engaged in this false and fraudulent behavior in order to increase its own financial gain.

49.     The false, fraudulent, misleading, and untrue behavior described herein constitutes false advertising and is a violation of 15 U.S.C. § 1125(a)(1)(B) because Defendant has, in connection with the offering for sale of its goods, made a false and misleading representation of fact, which, in commercial advertising and promotion, misrepresented the nature of the products being sold and the source of the designs of those products.

50.     Upon information and belief, Defendant's false advertising has deceived, and has the tendency to deceive, the consuming public.

Complaint - 32

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

51.     Upon information and belief, Defendant's deceptive advertising is material to the purchasing decisions and behavior of the public, and that consumers were in fact deceived into believing that Defendant was the creator of the designs, and the author of the promotional photos of the designs.

52.     Defendant utilized Three Lakes' photographs and made false and misleading statements about the images and the designs featured therein to gain a competitive advantage and for financial gain.

53.     Defendant will continue to misuse Three Lakes' copyrighted images unless enjoined by this Court.

54.     Defendant's wrongful conduct, as set forth herein, has harmed, and will continue to harm, Three Lakes in an amount not yet ascertained.

55.     As a direct and proximate result of Defendant's deliberate and intentional false advertising, Defendant has unlawfully profited and Three Lakes has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.

**COUNT IV**
**UNLAWFUL AND UNFAIR COMPETITION**
**CALIFORNIA BUSINESS & PROFESSIONS CODE 5 17200, et seq.**

56.     Three Lakes realleges and incorporates by reference, as is fully set forth herein, the allegations in all the preceding paragraphs.

57.     The acts and conduct of Defendant as alleged above in this Complaint constitute unlawful, unfair, and fraudulent business acts or practices as defined by Cal. Bus. & Prof. Code 17200 et seq.

58.     Defendant's acts of unlawful, unfair, and fraudulent competition have harmed competition, consumers, and competitors.

59.     Defendant's acts of unlawful, unfair, and fraudulent competition have proximately caused Three Lakes to suffer injury in fact and loss of money and/or property

Complaint - 33

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

(including legal and administrative expenses incurred and ongoing in its efforts to prevent and deter Defendant from engaging in unlawful conduct) in an amount to be proven at trial.

60.     Defendant's acts of unlawful, unfair, and fraudulent competition have caused irreparable and incalculable injury to Three Lakes, to Three Lakes' brand and ability to develop clients, and to the business and goodwill established via Three Lakes' photographs.

61.     Unless Defendant is enjoined, Defendant will cause further irreparable and incalculable injury, whereby Three Lakes has no adequate remedy at law.

**COUNT IV**
**PERMANENT INJUNCTION**
**17 U.S.C. § 502(a)**

62.     Three Lakes realleges and incorporates by reference, as is fully set forth herein, the allegations in all the preceding paragraphs.

63.     As noted above, Defendant has prior experience with the unauthorized use of photographs and copyrighted material not belonging to it. Defendant admits that it used the copyrighted material of a competitor, that it was a mistake, and that all material posted should be vetted. Notwithstanding this prior experience and warning, Defendant continues using copyrighted material that does not belong to it. This blatant disregard for the law evidences that Defendant is likely to engage in future wrongful conduct. *See Bridgeport Music, Inc. v. Justin Combs Pub.*, 507 F.3d 470, 493 (6th Cir. 2007); *Harolds Stores, Inc. v. Dillard Dept. Stores, Inc.*, 82 F.3d 1533, 1555 (10th Cir. 1996); *Pac. & S. Co., v. Duncan*, 744 F.2d 1490, 1499 (11th Cir. 1984); *cert. denied*, 471 U.S. 1004 (1985).

64.     Three Lakes does not have an adequate remedy at law to guard against future infringement by Defendant.

65.     Three Lakes requests a permanent injunction be entered against Defendant prohibiting continued infringement of Three Lakes' copyrights pursuant to 17 U.S.C. § 502(a).

Complaint - 34

**PRAYER FOR RELIEF**

WHEREFORE, Three Lakes demands a judgment in its favor and demands the following relief:

1.      Enter judgment that Defendant has infringed upon Three Lakes' copyrighted images.

2.      Enter judgment that Defendant's display, advertising, and use of Three Lakes' photographs constitutes an infringement of Three Lakes' copyrights.

3.      Enter judgment that Defendant's use of Three Lakes' photographs constitutes unfair competition.

4.      An order prohibiting and permanently enjoining Defendant from using any of Three Lakes' copyrighted material.

5.      An order enjoining Defendant, and each of Defendant's officers, agents, employees, and those acting in concert or conspiracy with Defendant, permanently from engaging in any of Three Lakes' exclusive rights under 17 U.S.C. § 106.

6.      That Defendant be required to:

        a.      Modify its website and all of its social media accounts to remove all Three Lakes' photographs;

        b.      Publicly acknowledge on its website and all of its social media accounts that it has been taking Three Lakes' photographs and utilizing them as its own.

7.      Judgment against Defendant, specifically including but not limited to the following, to the extent allowed by law (including 17 U.S.C. §§ 503(a), 503(b), 504, 505, 512(f), 602(b), and 1203; and 15 U.S.C. § 1117(a) and 1117(b)):

        a.      actual monetary damages sustained by Three Lakes or statutory damages, per election by Three Lakes prior to judgment;

///

Complaint - 35

LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, Washington 99201
Telephone: (509) 944-4657 Fax: (509) 323-8979

b.      statutory damages for any individual act of infringement for which actual damages cannot be readily identified;

c.      the profits unlawfully earned by Defendant as a result of the unlawful acts, as set forth herein;

d.      treble damages;

e.      costs and prejudgment interest; and

f.      attorneys' fees.

Such other and further relief as the Court deems appropriate and just under the circumstances.

DATED this 22nd day of August, 2017.


LEE & HAYES PLLC


By: *s/* George H. Brunt
        George H. Brunt (CA BAR NO. 223457)
        LEE & HAYES, PLLC
        601 W. Riverside Ave. Suite 1400
        Spokane, Washington 99201
        Telephone: (509) 944-4657
        GeorgeB@leehayes.com


        *Counsel for Plaintiff*

Complaint - 36