UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE LAKES DESIGN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GINA SAVALA, dba CANDY COUTURE SHOP,<br><br>　　　　　　Defendant. | No. 2:17-cv-01757-MCE-GGH<br><br><br>ORDER |

Plaintiff Three Lakes Design moved to amend its complaint to add copyright registration numbers, and to correct two typographical errors in two other registration numbers on April 18, 2018. ECF No. 11. The matter was scheduled for hearing on June 7 before the undersigned, but the matter was vacated from the calendar and taken under submission.

In light of the fact that the purpose of the amendment is wholly non-substantive and that defendant has filed no Opposition, the court will GRANT plaintiff's Motion.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Plaintiffs Motion to Amend the Complaint is GRANTED;
2. Plaintiff shall file its proposed Amended Complaint;

////
////

1

3. Defendant shall file a response to the Amended Complaint within 30 days of the filing of the Amended Complaint.

DATED: June 11, 2018

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE