UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE LAKES DESIGN, | No. 2:17-cv-01757-MCE-CKD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| GINA SAVALA, | |
| Defendant. | |

    Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

    On May 3, 2019, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 31.) However, the findings and recommendations served on defendant were returned as undeliverable. A notice of change of address by defendant was due by July 25, 2019.

    On May 23, 2019, the court ordered plaintiff to attempt to discover defendant's current address and serve a copy of the court's order on defendant at any such address. (ECF No. 33.) Any objections were to be filed within fourteen days of such additional service. (<u>Id.</u>) On May 24, 2019, plaintiff served plaintiff at a newly discovered address. (ECF No. 34.) To date, defendant has neither submitted a notice of change of address nor filed objections to the findings

and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 3, 2019 (ECF No. 31) are adopted in full.
2. Plaintiff's motion for default judgment (ECF No. 23) is GRANTED IN PART, on the terms outlined in this order.
3. Judgment is entered in plaintiff's favor and against defendant.
4. Plaintiff is awarded statutory damages in the amount of $115,000, with any post judgment interest accruing after the entry of judgment in accordance with federal law.
5. Defendant is permanently enjoined from further unauthorized infringement of the 23 copyrighted images at issue (Three Lakes' Photographs).
6. The Clerk of Court shall vacate all dates and close this case.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE