George H. Brunt (CA Bar No. 223457)
LEE & HAYES, PC
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 944-4657
Georgeb@leehayes.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Three Lakes Design, a Utah limited liability company,<br><br>                     Plaintiff,<br><br>  vs.<br><br>Gina Savala, individually, and her marital community, dba Candy Couture Shop,<br><br>                     Defendant. | Case No. 2:17-cv-01757-MCE-CKD<br><br>ORDER GRANTING PLAINTIFF THREE LAKE DESIGN'S MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>Hearing Date: 09/19/2019<br>Hearing Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7 |

The Court having reviewed Plaintiff Three Lakes Design's unopposed Notice of Motion and Motion for Attorneys' Fees and Costs, the Memorandum of Points and Authorities submitted therein, the Declaration of George H. Brunt, and the pleadings and papers on file herein, the Court finds as follows:

IT IS HEREBY ORDERED that Plaintiff Three Lakes Design's Motion for Attorneys' Fees and Costs is **GRANTED**. Plaintiff is awarded $27,496.00 in attorneys' fees and $561.80 in costs.

Order Granting Motion for Attorneys' Fees and Costs - 1

**IT IS FURTHER HEREBY ORDERED** that the Clerk of the Court is directed to vacate all dates, prepare and file an Amended Judgment in Plaintiff's favor and against "Defendant Gina Savala, individually, and her marital community, dba Candy Couture Shop" in the amount of $115,000 in statutory damages, plus any post judgment interest accruing after the entry of judgment in accordance with federal law, plus an award of $27,496.00 in attorneys' fees and $561.80 in costs.

    IT IS SO ORDERED.

Dated: November 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE