1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   THREE LAKES DESIGN,                          No.  2:17-cv-01757-MCE-CKD

12                    Plaintiff,

13            v.                                   **ORDER**

14   GINA SAVALA,

15                    Defendant.

16

17

18            The Court having reviewed Plaintiff Three Lakes Design's unopposed Motion for

19   Post-Judgment Attorneys' Fees and Costs (ECF No. 65), the Memorandum of Points

20   and Authorities submitted in support thereof, the Declaration of Mark A. Serlin, the

21   pleadings and papers on file herein, and good cause appearing,

22            Plaintiff Three Lakes Design's Motion for Post-Judgment Attorneys' Fees and

23   Costs (ECF No. 65) is GRANTED. Plaintiff is accordingly awarded an additional

24   $1,275.00 in attorneys' fees incurred in September and October of 2021 to enforce its

25   previously obtained judgment in this matter.

26            The Clerk of the Court is directed to prepare and file an Amended Judgment in

27   Plaintiff's favor and against "Defendant Gina Savala, individually, and her marital

28   community, dba Candy Couture Shop" in the amount of $115,000.00 in statutory

                                                  1

1   damages, plus any post judgment interest accruing after the entry of judgment in

2   accordance with federal law, plus an award of $28,771.00 in attorneys' fees and $561.80

3   in costs.

4          IT IS SO ORDERED.

5

6   Dated:  May 12, 2022

7

8   MORRISON C. ENGLAND, JR
    SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28