UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE LAKES DESIGN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GINA SAVALA,<br><br>　　　　　　Defendant. | No. 2:17-cv-01757-MCE-CKD<br><br>**ORDER** |

Presently before the Court is Plaintiff Three Lakes Design's ("Plaintiff") unopposed Motion for Award of Post-Judgment Attorneys' Fees and Costs.[1] ECF No. 73. After reviewing the Motion, the supporting memorandum of points and authorities, declaration of Plaintiff's counsel, and the pleadings and papers on file herein, the Court GRANTS Plaintiff's Motion. Accordingly, Plaintiff is awarded an additional $4,037.50 in attorneys' fees incurred between April 1, 2021, and August 31, 2021, and between November 1, 2021, and October 7, 2022, to enforce its previously obtained judgment in this matter.

---

[1] A couple months after the Motion was filed, on December 14, 2022, Defendant Gina Savala ("Defendant") emailed the Court stating that Plaintiff's counsel served her at her current address, she opposed the Motion, and she was requesting oral argument. See ECF Nos. 75, 77. The Court subsequently issued a minute order directing Defendant to file an opposition to the Motion on or before January 20, 2023, and Plaintiff to file a reply by January 30, 2023; the minute order was served on Defendant by mail. ECF No. 76. Additionally, Defendant was provided notice of the minute order by email. See ECF No. 77, at 1. Defendant also provided the Court with her current address, which has since been updated in the CM/ECF system. See id. Despite the foregoing, Defendant did not file an opposition or any response to Plaintiff's Motion.

The Clerk of Court is directed to prepare and file an Amended Judgment in Plaintiff's favor and against "Defendant Gina Savala, individually, and her marital community, dba Candy Couture Shop" in the amount of $115,000.00 in statutory damages, plus any post judgment interest accruing after the entry of judgment in accordance with federal law, plus an award of $32,808.50 in attorneys' fees and $561.80 in costs.[2]

IT IS SO ORDERED.

Dated:  February 11, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Local Rule 230(g).